UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDERICK CROPPER,

        Plaintiff,

v.

                          CASE NO.: 8:21-cv-2161

FLORIDA ANESTHESIA MEDICAL
SERVICES 1, P.A., and TEAM HEALTH, INC.,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Florida Anesthesia Medical Services 1, P.A., and Team Health, Inc., by and through their undersigned attorney and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this, their Notice of Removal, and in support thereof, state as follows:

1. On or about August 3, 2021, Plaintiff initiated this action against Defendants in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, case number 21-CC-083388. Defendants were served with process on August 12th and 16th, 2021.

2. The Complaint alleges claims under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 ("FCCPA"). True and correct copies of the Complaint and any other pleadings served upon Defendants are attached hereto.

3. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. As such, the United States District Courts have original jurisdiction over Plaintiff's TCPA claims. Id.

4. Defendants are entitled to remove Plaintiff's TCPA claims to this Court pursuant to 28 U.S.C. § 1441(a), which states:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. Accordingly, Defendants are entitled to remove Plaintiff's TCPA claims to this Court because this Court has original jurisdiction over them and because the state court action is currently pending in this District and Division. 28 U.S.C. §§ 1331; 1441(a).

6. Plaintiff's FCCPA claims arise from the same case or controversy as the federal TCPA claims. Indeed, all of Plaintiff's claims arise from the same alleged telephone calls and text messages. (See, e.g., Compl. ¶¶ 25; 34.) Accordingly, this Court also has supplemental jurisdiction over Plaintiff's FCCPA claims pursuant to 28 U.S.C. § 1367.

7. There are no exceptional circumstances or compelling reasons for this Court to decline supplemental jurisdiction over the FCCPA claims. They do not raise novel or complex issues of Florida law. Nor do they substantially predominate over the federal claims.

8. A true and correct copy of this Notice of Removal is being filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint. 28 U.S.C. § 1446(b)(1).

9. All Defendants consent to the removal of this cause as required by 28 U.S.C. § 1446(b)(2)(A).

10. Notice of this removal will be promptly served on all adverse parties and filed with the Clerk of the State Court in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that this case proceed in this Court as an action properly removed to it.

>*/s/ John Gaset, Esq.*
>John Gaset, Esq.
>Florida Bar No. 98415
>**DINSMORE & SHOHL LLP**
>201 North Franklin Street - Suite 3050
>Tampa, Florida 33602
>Telephone: 813-543-9848
>Facsimile: 813-543-9849
>Primary: john.gaset@dinsmore.com
>Secondary: jessica.lovins@dinsmore.com
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties listed below that are authorized to receive electronic notice through CM/ECF. A true and correct copy of the foregoing document filed with the Clerk of Court has been furnished via U.S. mail to all parties listed below:

>Yuli Kotler, Esq.
>Kotler Law PLLC
>PO Box 22411
>St Petersburg, FL 33742-2411
>yulikotler@gmail.com

>*/s/ John Gaset, Esq.*
>John Gaset, Esq.
>Florida Bar No. 98415
>**DINSMORE & SHOHL LLP**
>201 North Franklin Street - Suite 3050
>Tampa, Florida 33602
>Telephone: 813-543-9848
>Facsimile: 813-543-9849
>Primary: john.gaset@dinsmore.com
>Secondary: jessica.lovins@dinsmore.com
>*Counsel for Defendants*