# IN THE COUNTY COURT OF THIRTEENTH JUDICIAL
## CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CIVIL DIVISION

Fredrick Cropper

     Plaintiff,                                    Case No. :

Vs.

Florida Anesthesia Medical Services 1, P.A.
and Team Health, Inc.

     Defendant

_____/

## COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES AND TELEPHONE CONSUMER PROTECTION ACT VIOLATIONS AND DEMAND FOR JURY TRIAL

     COMES NOW, Plaintiff, Fredrick Cropper (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendants, Florida Anesthesia Medical Services 1, PA (hereinafter, "Florida Anesthesia") and Team Health, Inc. (hereinafter, "TeamHealth") and hereinafter collectively, "Defendants." In support thereof, Plaintiff states:

### PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Florida Consumer Collection Practices Act, Fla. Stat § 559.55 et seq., (hereinafter, the "FCCPA"), and violations of 47 U.S.C §227 et seq., the Telephone Consumer Protection Act (hereinafter, the "TCPA") in connection with the collection of consumer debt.

### JURISDICTION AND VENUE

2. This is an action for damages that does not exceed $8,000.00, exclusive of attorneys' fees and costs.

3. Jurisdiction and venue for purposes of this action are conferred by Florida Statutes, Section 559.77.

4. At all material times herein, the conduct of Florida Anesthesia Medical Services 1, P.A. and TeamHealth, complained of below, occurs in Hillsborough County, Florida.

5. At all material times herein, Defendant Florida Anesthesia Medical Services 1, P.A. is a Florida for-profit corporation existing under the laws of the State of Florida that, itself and through its subsidiaries, regularly transacts business with consumers in Hillsborough County, Florida.

6. At all material times herein, Defendant TeamHealth is a foreign for-profit corporation existing under the laws of the State of Tennessee that, itself and through its subsidiaries, regularly transacts business with consumers in Hillsborough County, Florida.

## PARTIES

7. Plaintiff Fredreck Cropper is a natural person residing in Riverview, Hillsborough County, Florida (hereinafter referred to as "Plaintiff"). Plaintiff is a "consumer" as that term is defined by Fla. Stat § 559-55(8), and is a "person" as provided by 47 U.S.C. § 227(b)(1) and under Fla. Stat. § 559.72.

8. Defendant, Florida Anesthesia Medical Services 1, P.A. is a Florida for profit corporation doing business in the State of Florida, is a "creditor" as that term is defined by § 559.55(5), and is a "person" as provided by 47 U.S.C. § 227(b)(1) and § 559.72.

9. Defendant, TeamHealth, a foreign for profit corporation doing business in the State of Tennessee, is a "creditor" as that term is defined by § 559.55(5), and is a "person" as provided by 47 U.S.C. § 227(b)(1) and § 559.72.

10. All conduct of the Defendants' alleged herein by Plaintiff was authorized, approved and/or ratified by one or more officers, directors, or managers of the Defendants, and/or known in advance that the Defendants were likely to conduct themselves and allowed it to so act with conscious disregard or the rights and safety of others. The conduct alleged herein was harassing, oppressive, abusive, and done knowingly with intent, with malice, and without cause.

11. The Defendants' communications set forth below were made only to exhaust the non-paying resisting Plaintiff's will in an attempt to break the Plaintiff and have Plaintiff pay amounts owed long after the Plaintiff was given all necessary information and persuasion and negotiation failed.

12. The Defendants' communications set forth below are wholly without excuse.

13. At all times mentioned herein, the agent(s) or employee(s) of Defendants' acted within the course and scope of such agency or employment, and acted with the consent, permission and authorization of the Defendants. Each such entity acted as a co-actor in an enterprise to unlawfully attempt to collect debts from Plaintiff.

## **FACTUAL ALLEGATIONS**

14. Upon information and believe, Plaintiff is alleged to have incurred a financial obligation through the Defendants which was primarily for personal, family or household purposes, and is a "debt" as that term is defined by Section 559.55(1), Florida Statutes (hereafter referred to as the "Debt").

15. Plaintiff is a consumer as that term is defined by Fla. Stat § 559-55(8), and is a "person" as provided under Fla. Stat. § 559.72.

16. The term "consumer," as used in this Complaint means any natural person obligated or allegedly obligated to pay any debt, as "debt" is defined in Fla. Stat § 559.55(6).

17. That on or about June 14, 2021, the Defendant submitted a Notice for payment in the amount of $1,031.80 to Mr. Cropper. *See Exhibit "A."*

18. That the debt in question is subject to the FCCPA as defined in Fla. Stat § 559.55(6).

19. That on or about June 23, 2021, the undersigned mailed a Debt Collection Validation Letter to Florida Anesthesia and TeamHealth, denying said claim and instructing said Defendants to cease and desist collection activity along with notification of hiring legal counsel.  Said letter was delivered on June  30, 2021 and July 2, 2021, respectively.  *See Composite Exhibit "B."*

20. That on or about July  4, 2021, the Plaintiff received a debt collection letter from the Defendants.  *See Exhibit  "C."*

21. That on or about July  9, 2021, the Plaintiff received a debt collection letter from the Defendants.  *See Exhibit  "D."*

22. That on July 12, 2021, Florida Anesthesia issued a debt collection letter to the Defendant. *See Exhibit "E."*

23. Defendants made multiple Collection Calls and sms messages, on multiple days, in multiple weeks, including without limitation from July 5, 2021 through July 11, 2021 (the "Collection Messages") to Plaintiff attempting to collect the Alleged Debt.

24. It was the substance of the testimony of the Plaintiff that:

> a) Teamhealth ignored Plaintiff's cease-and-desist requests and continued making Collection sms messages, on behalf of creditor, Florida Anesthesia, to Debtor's cell phone, (813) 363-2586, on, but not limited to, the following dates and times, despite being informed that the Plaintiff requested Defendant to cease-and-desist collection activity:
>
> > i.   July 5, 2021.
> > ii.  July 11, 2021.
>
> See Composite Exhibit "F".

25. Defendant (1) made multiple Collection calls and sms messages, on multiple days, in multiple weeks, including without limitation from on or about July 2, 2021 through July 11, 2021 to Plaintiff attempting to collect the alleged debt; (2) made a Collection call and sent a sms message to Debtor's cell phone once every few days, attempting to collect the alleged debt; (3) made Collection Calls and sms messages to Plaintiff's cell phone after Plaintiff told Defendant to cease-and-desist collection calls.

**VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT**

26. Section 559.72(18) of the FCCPA, prohibits communication with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the debtor's attorney fails to respond within 30 days to a communication from the person, unless the debtor's attorney consents to a direct communication with the debtor, or unless the debtor initiates the communication.

**COUNT I**

**Failure to Cease Communication After The Defendant Was Notified That The Debtor Is Represented By An Attorney**

27. In numerous instances, in connection with the collection of debts, through the means described in Paragraphs 1 – 25, the Defendants failed to cease communication with the Plaintiff after the Plaintiff notified Defendant in writing that the Plaintiff is represented

by an attorney with respect to the subject debt, in violation of Section 559.72(18) of the FCCPA.

28. As a result of the above violations of the FCCPA, the Plaintiff has been damaged including, but not limited to, mental anguish, despair, frustration, embarrassment, nervousness, anger, and loss of capacity to enjoy life and Defendant is liable to Plaintiff for actual damages, statutory damages, and reasonable attorney's fees and costs pursuant to the FCCPA, Fla. Stat. § 559.77(2).

29. Based upon the willful, intentional, knowing, malicious, repetitive and continuous conduct of the Defendant as described herein, Plaintiff is also entitled to an award of punitive damages in accordance with Fla. Stat §§559.77 and 768.72.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against the Defendant, finding that Integratedem1, violated the FCCPA, awarding Plaintiff actual damages, statutory damages, punitive damages, attorneys' fees and costs pursuant to Fla. Stat. §559.77(2),and awarding Plaintiff any and all such further relief as is deemed necessary or appropriate, and demands a trial by jury of all issues triable as of right by a jury.

### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 et seq. AS TO DEFENDANTS

30.  Defendants, in the conduct of its business, use an automatic telephone dialing system as defined by 47 U.S.C. § 227(a)(1)(A) to communicate with Plaintiff.

31. Section 47 U.S.C. § 227(b)(1) provides in pertinent part:

It shall be unlawful for any person within the United States –

(A) to make any call ... using any automatic telephone system or an artificial or prerecorded voice –

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

### COUNT II

32. This is an action against Defendants for violations of 47 U.S.C. § 227 *et seq.*

33. Plaintiff re-alleges and reincorporates paragraphs 1 through 23, as if fully set forth here-in.

34. Defendants violated 47 U.S.C. § 227(b)(1)(A)(iii) when TeamHealth, on behalf of creditor, Florida Anesthesia, (1) made multiple Collection sms messages, on multiple days, in multiple weeks, including without limitation from on or about July 5, 2021 through July 11, 2021 to Plaintiff attempting to collect the alleged debt; (2) made a Collection sms attempt to Debtor's cell phone once every few days, attempting to collect the alleged debt; (3) made Collection sms messages to Plaintiff's cell phone after Plaintiff told Defendant to cease-and-desist collection sms messages; which is Defendant's use of an automatic telephone dialing system to make multiple Collection sms messages to Plaintiff on Plaintiff's personal cell phone.

35. Defendant willfully, knowingly, and intentionally sent multiple Collection sms messages to Plaintiff's personal cell phone utilizing an automatic telephone dialing system.

36. All conditions precedent to this action have occurred, have been satisfied or have been waived.

37. As a result of the above violation of the TCPA, Defendant is liable to Plaintiff for actual damages, or the amount of $500.00 as damages for each violation, whichever is greater, pursuant to 47 U.S.C. § 227(b)(3)(B).

38. Based upon the willful, knowing, and intentional conduct of the Defendant as described herein, Plaintiff is also entitled to an increase in the amount of the award to treble the damages amount available under 47 U.S.C. § 227(b)(3)(B), in accordance with 47 U.S.C. § 227(b)(3).

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against the Defendant: (1) finding Defendant violated the TCPA; (2) awarding Plaintiff actual damages or the amount of $500.00 in damages for each violation, whichever is greater; (3) finding Defendant willfully, knowingly and intentionally violated 47 U.S.C. § 227 *et seq.* and increasing the damages award to treble the amount of damages otherwise to be entered as a judgment; and (4) awarding Plaintiff any and all such further relief as is deemed necessary and appropriate.

Respectfully submitted,

KOTLER LAW

*/s/ Yuli Kotler*
Yuli Kotler, Esq.
FL Bar No. 109505
P.O. Box 22411
St. Petersburg | FL 33742
(732) 690-3025
yulikotler@gmail.com



# Fwd: [Bill Notification] Your Bill from FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA is Ready - $442.20 Discount



**From:** "FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA" <billing@pay.teamhealth.com>
**Date:** June 14, 2021 at 5:32:53 PM EDT
**To:** FCROPPER@verizon.net
**Subject:** [Bill Notification] Your Bill from FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA is Ready - $442.20 Discount

## TEAMHealth.

**Bill ID:** 6539 - 1142 - 4851
**Account Number:** ███████
**Next Bill Due:** Jun 29, 2021

Hi Frederick,

FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA recently provided care to you or your loved ones. The bill for our services is now ready to be paid.

We know resolving medical expenses is hard. That's why we've given you a discount to help cover your balance. You can view your bill details to learn more.

We also don't seem to have your insurance on file. You can add your insurance information in your account. If you don't have insurance, you can review and pay your bill.



| | |
|---|---|
| Total bill amount | $1,474.00 |
| Discount applied | (-$442.20) |
| Payment total | $1,031.80 |

View my bill

Add insurance



Need help with your bill?

We're available Monday-Friday from 8AM to 8PM, Saturday from 10AM to 3PM EDT to answer any questions you have about your account, right from your browser.
Chat with us

About   Privacy   Terms

Thank you for letting us be a part of your care,
The FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA Team



To unsubscribe click here.

Composite Exhibit "B"

Today's Date: <u>June 23, 2021</u>

Collector's Name: <u>FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA</u>

Collector's Address : <u>P.O. Box 740712</u>

<u>Cincinnati, OH 45263-0712</u>

RE: Account of **Frederick Cropper**

Account # ▇▇▇▇▇▇

## DEBT COLLECTION VALIDATION LETTER

Dear Collector,

I am writing in response to your letter or phone call dated on or about June 16, 2021.

I do not believe that I owe this debt or what you say I owe and I refuse to pay said debt.

Pursuant to the Fair Debt Collection Practices Act, Section 809(b), Validating

Debts:

> "If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until  the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector."

> (emphasis added)

I respectfully request that you provide me with the following:

1. the amount of the debt;

2. the name of the creditor to whom the debt is owed;

3. verification or copy of any judgment (if applicable);

4. proof that you are licensed to collect debts in FLORIDA;

5. proof of the last payment made on the account.

I am asserting my rights under the federal and state Fair Debt Collection Practices Acts and the Fair Credit Reporting Act, including these rights:

- Because I have disputed this debt in writing within 30 days of receipt of your initial notice, you must obtain verification of the debt or a copy of the judgment against me and mail these items to me at your expense.

- You cannot add interest or fees except those allowed by the original contract or state law.

- Any attempt to collect this debt without validating it violates the FDCPA.

Also be advised that I am keeping accurate records of all correspondence from you and your company, including recording all phone calls, and I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the Better Business Bureau.

I have disputed this debt. Therefore, until it is validated, your information concerning this debt is assumed to be inaccurate. Accordingly, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB), then you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2. Should you pursue a judgment without validating this debt, I will inform the judge and request that the case be dismissed based on your failure to comply with the FDCPA.

Finally, if you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware that I dispute the debt.

I have retained Yuli Kotler, Esq. to represent me with regard to my debts generally, including the debt you are attempting to collect.  He can be reached at P.O Box 22411, St.Petersburg, FL 33742. All further questions, settlement offers, inquiries, and communications should be directed to my attorney. PLEASE STOP COMMUNICATING WITH ME.


Sincerely, Frederick Anthony Cropper

Address: 7133 Bucks Ford Dr

Riverview, FL 33578

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 9407111898765809317866

Your item was delivered at 10:51 am on June 30, 2021 in CINCINNATI, OH 45274.

✓ **Delivered**

June 30, 2021 at 10:51 am
CINCINNATI, OH 45274

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Today's Date: <u>June 23, 2021</u>

Collector's Name: <u>TEAMHEALTH</u>

Collector's Address :<u>3231 NORTH STAR CIRCLE</u>

<u>LOUISVILLE, TN 37777-5059</u>

RE: Account of **<u>Frederick Cropper</u>**

Account # ███████

## <u>DEBT COLLECTION VALIDATION LETTER</u>

Dear Collector,

I am writing in response to your letter or phone call dated on or about June 21, 2021.

I do not believe that I owe this debt or what you say I owe and I refuse to pay said debt.

Pursuant to the Fair Debt Collection Practices Act, Section 809(b), Validating

Debts:

> "If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until  the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector."

> (emphasis added)

I respectfully request that you provide me with the following:

1. the amount of the debt;

2. the name of the creditor to whom the debt is owed;

3. verification or copy of any judgment (if applicable);

4. proof that you are licensed to collect debts in FLORIDA;

5. proof of the last payment made on the account.

I am asserting my rights under the federal and state Fair Debt Collection Practices Acts and the Fair Credit Reporting Act, including these rights:

- Because I have disputed this debt in writing within 30 days of receipt of your initial notice, you must obtain verification of the debt or a copy of the judgment against me and mail these items to me at your expense.

- You cannot add interest or fees except those allowed by the original contract or state law.

- Any attempt to collect this debt without validating it violates the FDCPA.

Also be advised that I am keeping accurate records of all correspondence from you and your company, including recording all phone calls, and I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the Better Business Bureau.

I have disputed this debt. Therefore, until it is validated, your information concerning this debt is assumed to be inaccurate. Accordingly, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB), then you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2. Should you pursue a judgment without validating this debt, I will inform the judge and request that the case be dismissed based on your failure to comply with the FDCPA.

Finally, if you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware that I dispute the debt.

I have retained Yuli Kotler, Esq. to represent me with regard to my debts generally, including the debt you are attempting to collect.  He can be reached at P.O Box 22411, St.Petersburg, FL 33742. All further questions, settlement offers, inquiries, and communications should be directed to my attorney. PLEASE STOP COMMUNICATING WITH ME.


Sincerely, Frederick Anthony Cropper

Address: 7133 Bucks Ford Dr

        Riverview, FL 33578

# USPS Tracking®

FAQs >

Track Another Package **+**

**Tracking Number:** 9407111898765809151781

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:34 pm on July 2, 2021 in LOUISVILLE, TN 37777.

## ✅ Delivered, Front Desk/Reception/Mail Room

July 2, 2021 at 1:34 pm
LOUISVILLE, TN 37777

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

8/3/2021 8:49 AM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 17

 Gmail

## Fwd: We're Here to Help - $442.20 Discount
1 message



**From:** "FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA" <billing@pay.teamhealth.com>
**Date:** July 4, 2021 at 8:45:21 AM EDT
**To:** FCROPPER@verizon.net
**Subject: We're Here to Help - $442.20 Discount**

# TEAMHealth®

**Bill ID:** 1383 - 1724 - 8153

**Account Number:** ▮▮▮▮▮▮▮

**Bill Past Due:** Jun 29, 2021

Hi Frederick,

We want to inform you that your bill from FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA
is now overdue, and you have a remaining balance on your account.

We know resolving medical expenses is hard. That's why we've given you a discount to help
cover your balance. You can view your bill details to learn more.



| | |
|---|---|
| Total bill amount | $1,474.00 |
| Discount applied | (-$442.20) |
| Payment total | $1,031.80 |

View bill

 Need help with your bill?

We're available Monday-Friday from 8AM to 8PM, Saturday from 10AM to 3PM EDT to
answer any questions you have about your account, right from your browser.
Chat with us

About         Privacy         Terms

Thank you for letting us be a part of your care,
The FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA Team



To unsubscribe click here.



# Fwd: We're Here to Help - $442.20 Discount

**From:** "FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA" <billing@pay.teamhealth.com>
**Date:** July 9, 2021 at 6:34:55 PM EDT
**To:** FCROPPER@verizon.net
**Subject:** We're Here to Help - $442.20 Discount

## TEAMHealth®

**Bill ID:** 8927 - 1132 - 5752
**Account Number:** ███████
**Bill Past Due:** Jun 29, 2021

Hi Frederick,
We want to inform you that your bill from FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA is now overdue, and you have a remaining balance on your account.
We know resolving medical expenses is hard. That's why we've given you a discount to help cover your balance. You can view your bill details to learn more.



| | |
|---|---|
| Total bill amount | $1,474.00 |
| Discount applied | (-$442.20) |
| Payment total | $1,031.80 |

View bill



Need help with your bill?

We're available Monday-Friday from 8AM to 8PM, Saturday from 10AM to 3PM EDT to answer any questions you have about your account, right from your browser.
Chat with us

About     Privacy     Terms

Thank you for letting us be a part of your care,

The FLORIDA ANESTHESIA MEDICAL SERVICES 1, PA Team



To unsubscribe click here.

PO BOX 639468
CINCINNATI,OH 45263-9468

P

## PATIENT STATEMENT

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| | 07/12/21 |

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

FOR PROPER POSTING
PLEASE WRITE IN CHECK ➡
NUMBER AND AMOUNT PAID

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
MAKE PAYABLE IN U.S. DOLLARS TO:

FREDERICK CROPPER
7113 BUCKS FORD DR
RIVERVIEW FL 33578

FLORIDA ANESTHESIA MEDICAL SER
PO BOX 639468
CINCINNATI,OH 45263-9468

PATIENT NAME:   FREDERICK CROPPER

TO PAY BY CREDIT CARD, COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT.

TAMPA GENERAL HOSPITAL

PHYSICIAN SERVICES RENDERED AT:
PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS
PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR.

| TAXPAYER ID: | 81-4924385 |
|---|---|
| BILLING INQUIRIES: | 877-307-4554 |

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENTS/CREDITS |
|---|---|---|---|---|---|
| 03/30/21 | 99253 | CONSULTATION,INPATIENT INTERMEDIATE | | 528.00 | |
| 284523647 | G89.18 | VLADUTU MD,LUMINITA I / GOMEZ PA,KRISTINE N | | | |
| 03/31/21 | 99232 | SUBSEQUENT HOSPITAL CARE - 99232 | | 473.00 | |
| 284523647 | G89.18 | VLADUTU MD,LUMINITA I / GOMEZ PA,KRISTINE N | | | |
| 04/24/21 | | FORM LETTER SENT | | | 0.00 |
| 284523647 | | | | | |
| 04/01/21 | 99232 | SUBSEQUENT HOSPITAL CARE - 99232 | | 473.00 | |
| 284523648 | G89.18 | PURI MD,SUVIKRAM C / OLIVEROS ARNP,EUGENIO | | | |
| 04/24/21 | | FORM LETTER SENT | | | 0.00 |
| 284523648 | | | | | |

PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.

| ACCOUNT NUMBER: | STATEMENT DATE: | 07/12/21 (JUJ ) | **TOTAL NOW DUE** ▶ | 1474.0 |
|---|---|---|---|---|

This has been filed with Workmans' Comp and we are pending a response
from the carrier.

Composite Exhibit "F"

**12:03**



+1 (833) 217-8326 〉

Reply "STOP" to unsubscribe.

Tuesday 12:30 PM

Your anesthesiology physician bill from your visit to TAMPA GENERAL HOSPITAL is due today.

We know resolving medical expenses is hard, so we've given you a discount to help cover your balance.

Click here to view: https://pay.teamhealth.com/l/952443294557/

Reply "STOP" to unsubscribe.

Today 10:30 AM

Your anesthesiology physician bill from your visit to TAMPA GENERAL HOSPITAL is now past due.

We know resolving medical expenses is hard, so we've given you a discount to help cover your balance.

Click here to view: https://pay.teamhealth.com/l/998548983334/

Reply "STOP" to unsubscribe.

Text Message

       

2:02                                                          LTE




+1 (833) 217-8326 ›

Reply "STOP" to unsubscribe.

Monday 10:30 AM

Your anesthesiology physician bill from your visit to TAMPA GENERAL HOSPITAL is now past due.

We know resolving medical expenses is hard, so we've given you a discount to help cover your balance.

Click here to view: https://pay.teamhealth.com/l/998548983334/

Reply "STOP" to unsubscribe.

Today 1:02 PM

Your anesthesiology physician bill from your visit to TAMPA GENERAL HOSPITAL is now past due.

We know resolving medical expenses is hard, so we've given you a discount to help cover your balance.

Click here to view: https://pay.teamhealth.com/l/452973613496/

Reply "STOP" to unsubscribe.

    Text Message   

